UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANTHONY BOYKIN,
    Plaintiff,

vs.            No. 07-1066

SILVIA MAHONE, et al.
    Defendants.

## ORDER OF DISMISSAL

On April 17, 2006, the court denied plaintiff's motion to proceed *in forma pauperis* and noted that the plaintiff's trust fund ledgers indicated that he was capable of paying the $350 filing fee. *See* April 17, 2007 Court Order. The plaintiff was advised that he must pay the $350 filing fee on or before May 4, 2007, or his case would be dismissed in its entirety.

The deadline has passed and the plaintiff has failed to respond to the court's order and has failed to pay the filing fee.

**IT IS THEREFORE ORDERED that :**

**1) This case is dismissed without prejudice for failure to pay the filing fee.**

**2) The agency having custody of the Plaintiff is directed to remit the docketing fee of $350.00 from the plaintiff's prison trust fund account if such funds are available. If the plaintiff does not have $350.00 in his trust fund account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher. Thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the clerk of court each time the plaintiff's account exceeds $10.00 until the statutory fee of $350.00 is paid in its entirety. The filing fee collected shall not exceed the statutory filing fee of $350.00.**

**3) The plaintiff is responsible for ensuring the $350.00 filing fee is paid to the clerk of the court. Release from incarceration does not relieve the plaintiff of his obligation to pay the filing fee in full.**

**4) The plaintiff must notify the clerk of the court of a change of address and phone number within seven days of such change. The clerk is directed to mail a copy of this order to the plaintiff's place of confinement, to the attention of the Trust Fund Office.**

ENTERED this 26th day of June, 2007.

                                            s\Harold A. Baker
                                    _____
                                         HAROLD A. BAKER
                                 UNITED STATES DISTRICT JUDGE